US District Court  
151 US Courthouse  
600 East Monroe St.  
Springfield Illinois 62701

June 10, 2006

In re : Case no 1:06-cv-01127-MMM-BGC-Fish v. Nottoli

The Plaintiff Terry Fish requests that due to his mental illness which has recently prevented him from working at his part time employment for the past two weeks and may continue , that he be permitted to develop a payment plan for the filing fee. The Plaintiff request a four (4) month period or what ever the courts decide.

Thank you.  
Respectfully ,

Terry Fish Plaintiff Pro Se  
11251 Knotty Pine Drive  
New Port Richey Fla., 34654-1946  
727.857.1638

Run Date: 05/12/2006

**Department of Education**
**Division of Vocational Rehabilitation**
**Individualized Plan for Employment**

Page 1

Production

**TERRY L. FISH, VR0426034**
**11251 KNOTTY PINE DRIVE**
**New Port Richey, FL 34654-1946**

Terry Fish and counselor Walter Peters have developed together the following Supported Employment plan for services. Service Worker is Terry Fish's desired employment outcome and he/she will become employed by 12/31/2006 for 20 hours per week in an integrated work setting and compensated in accordance with the Fair Labor Standards Act. Progress toward achievement of Terry Fish's employment outcome shall be measured by:
  Progress In Placement
  Progress In Counseling/Guidance
  Progress In Health Stabilization

**Service(s):**
  (1) COUNSELING/GUIDANCE beginning 04/22/2006 to be provided by
      Veterans Administration will be paid for by Other.
  (2) COUNSELING/GUIDANCE beginning 04/22/2006 to be provided by
      Vocational Rehabilitation will be paid for by Voc. Rehab.
  (3) JOB COACHING beginning 04/22/2006 to be provided by
      Harbor Behavioral (supported E will be paid for by Voc. Rehab.
  (4) MENTAL RESTORATION beginning 04/22/2006 to be provided by
      Veterans Administration will be paid for by Other.
  (5) OTHER GOODS AND SERVICES beginning 04/22/2006 to be provided by K-Mart
      will be paid for by Voc. Rehab.
  (6) PHYSICAL RESTORATION beginning 04/22/2006 to be provided by
      Veterans Administration will be paid for by Other.
  (7) PLACEMENT beginning 04/22/2006 to be provided by
      Harbor Behavioral (supported E will be paid for by Voc. Rehab.
  (8) PRESCRIPTIONS/DRUGS beginning 04/22/2006 to be provided by
      Veterans Administration will be paid for by Other.
  (9) SUPPORTED EMPLOYMENT beginning 04/22/2006 to be provided by
      Harbor Behavioral /vr/adm will be paid for by Voc. Rehab.
  (10)  TRANSPORTATION beginning 04/22/2006 to be provided by Terry Fish
      will be paid for by Voc. Rehab.
  (11)  EXTENDED SERVICES beginning 08/22/2006 to be provided by
      Harbor Behavioral /adm will be paid for by Dept Children And Families.

**Along with services as outlined in plan, Vocational Rehabilitation will:**
  *Authorize services for supported employment rendered under Harbor Behavioral*
  *Supported Employment program/VR supported employment contract. Refer consumer to*
  *Harbor Behavioral Supported Employment program for supported employment. Assist*
  *with services necessary to achieve suitable employment outcome. Coordinate*
  *appointments as necessary. Vocational Rehabilitation will assist Mr. Fish in the purchase*
  *of clothing, shoes and other necessities for employment.*