Fish v. Notloli  
Case No. 1:06-cv-1127

August 18, 2006

US District Court  
Central District of Illinois

Re: Payment of filing fee

The pro se plaintiff is mentally ill. He has no job. He is currently taking medication and has been having financial difficulties. I feel that this situation and everything is hopeless. I have not yet begun receiving assistance from the State Rehabilitation. I do not know when they will begin to help me. I can not pay the filing fee. If you could waive the fee I would be grateful. Thank you.

Terry Fish

*Terry Fish*

August 18, 2006

**Department of Veterans Affairs**

13000 BRUCE B DOWNS BLVD
TAMPA FL 33612-4745

MCCR OFFICE (04B)

STATEMENT OF MEDICAL CARE COST RECOVERY ACCOUNT ACTIVITY

| NAME OF FACILITY |
|---|
| JAMES A. HALEY VETERANS HOSPITAL (673) |
| FOR QUESTIONS ABOUT YOUR ACCOUNT, PLEASE PHONE THE BELOW NO. 1 (888) 489-3645 |

120262 - 062206
TERRY LEE FISH
10631 JACAMAR DR
NEW PRT RCHY FL 34654-1414

For written inquiries concerning your account please send them to the MCCR or Revenue Office at the facility address above.

Payments received after 06/18/2006 will be on your next statement.

CHECK YOUR ACCT BALANCE; CALL 1.888.281.5463 OPT 3

Patient Name: TERRY LEE FISH    Account No: 673-000000-7397661-FISH    Stmt Date: 06/22/2006

| TRANSACTION POSTED | DESCRIPTION | AMOUNT | BILLING REFERENCE |
|---|---|---|---|
| 06/02/2006 | COPAY RX:70173535 FD:06/01/2006<br>DRUG:RISPERIDONE 2MG TAB  DAYS:30  QTY:30<br>PHY:BURAL,RONALD M  CHG:$8.00 | 8.00 | 673-K60EIP6 |
| 06/14/2006 | COPAY RX:70173536 FD:06/13/2006<br>DRUG:SERTRALINE HCL 100MG TAB  DAYS:30  QTY:30<br>PHY:BURAL,RONALD M  CHG:$8.00 | 8.00 | 673-K60EIP6 |
| 06/15/2006 | COPAY RX:35969961 FD:06/12/2006<br>DRUG:HYDROCHLOROTHIAZIDE 25MG TAB  DAYS:30<br>QTY:30  PHY:HOWELL,TROY  CHG:$8.00 | 8.00 | 673-K60EIP6 |
| 06/15/2006 | COPAY RX:35969962 FD:06/12/2006<br>DRUG:METOPROLOL TARTRATE 100MG TAB  DAYS:30<br>QTY:30  PHY:HOWELL,TROY  CHG:$8.00 | 8.00 | 673-K60EIP6 |
|  | INTEREST/ADM. CHARGE (Int:0.16 Adm:1.60 Other:0.00 | 1.76 |  |

| SUMMARY OF MONTHLY ACTIVITY | PREVIOUS BALANCE | PAYMENTS RECEIVED | NEW CHARGES | CURRENT BALANCE |
|---|---|---|---|---|
|  | 101.27 | .00 | 33.76 | 135.03 |

PLEASE DETACH THIS COUPON BELOW AND RETURN WITH PAYMENT. DO NOT INCLUDE ANY CORRESPONDENCE WITH PAYMENT.

| *CREDIT CARD NUMBER | *EXP. DATE | ACCOUNT NUMBER | STATEMENT DATE |
|---|---|---|---|
|  |  | 673-000000-7397661-FISH | 06/22/2006 |

*NAME OF CREDIT CARD
☐ AMERICAN EXPRESS  ☐ MASTER CARD  ☐ DISCOVER  ☐ VISA

673**6730000007397661FISH****00000000135030

*SIGNATURE

Remit To:

| AMOUNT DUE | DUE DATE | *AMOUNT OF PAYMENT |
|---|---|---|
| $ 135.03 | DUE UPON RECEIPT | $ |

TERRY LEE FISH
10631 JACAMAR DR
NEW PRT RCHY FL 34654-1414

DEPARTMENT OF VETERANS AFFAIRS
PO BOX 530269
ATLANTA GA 30353-0269

If paying by check or money order please make payable to the "VA" and send payment to "Remit To:" address above. Please include account number on check or money order. *If paying by Credit Card complete fields marked with an asterisk(*)

VA FORM
Mar 2005  0246

CCPG