UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TERRY L. FISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-1127 |
| | ) | |
| JOHN NOTTOLI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Plaintiff Terry L. Fish's ("Fish") Motion to Waive Filing Fees [#3]. For the reasons set forth below, Fish's motion is moot and this case is dismissed for failure to state a claim upon which relief can be granted.

**BACKGROUND**

On May 16, 2006, Fish filed a Petition to Proceed In Forma Pauperis in this Court. Magistrate Judge Cudmore denied Fish's petition on May 18, 2006, because the Magistrate Judge found that Fish had sufficient income to pay the required filing fee.

On June 16, 2006, Fish filed a Motion for Reconsideration arguing that he was no longer able to work because of his mental impairment and asking the Court to allow him to pay the filing fee in installments over a period of time. On June 19, 2006, Magistrate Judge Cudmore allowed Fish's Motion and gave Fish until September 1, 2006, to pay the required filing fee.

On August 22, 2006, Fish filed the instant Motion to Waive the Filing Fee. In the motion, Fish states that he suffers from mental illness, is no longer employed, and has financial difficulties. He also indicates that he has yet to receive assistance from the state department of

rehabilitation and he does not know when he will be able to pay the required filing fee. He once again asks the Court to waive the filing fee.

Although the Court recognizes that it has the authority to vacate its previous order and allow Fish to proceed without paying the filing fee based on Fish's change in employment status, the Court cannot in good conscience do that in this case. Specifically, in reviewing the merits of Fish's claim, it is clear that he has failed to state a claim upon which relief can be granted. Fish's complaint seeks damages resulting from a car accident that occurred in 1992 in Ohio. It appears from the information that Fish provided to the Court that, in 1993, he filed a lawsuit against the same individuals for the same relief as that which he seeks here. Additionally, in 2005, Fish filed a similar lawsuit in Illinois state court. However, it appears that the McLean lawsuit never got off the ground because Fish's Petition for Leave to Proceed In Forma Pauperis was denied and then a subsequent appeal, presumably of the denial of in forma pauperis status, was dismissed. Fish now seeks to bring his claim for damages resulting from the same car accident in this Court. However, the statute of limitations on his claim has long since passed. The accident occurred in 1992 and this case was filed in 2006. Accordingly, the Court recognizes that Fish is unable to state a claim upon which relief can be granted.

For the reasons set forth above, Fish's Motion to Waive Filing Fees [#3] is moot and this case is dismissed.

ENTERED this 28th day of August, 2006.

                                            s/Michael M. Mihm
                                            Michael M. Mihm
                                            United States District Judge