# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**FILED**
AUG 2 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TERRY L. FISH

vs.

Case Number: 06-1127

JOHN NOTTOLI

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that case is dismissed for failure to state a claim upon which relief can be granted.

ENTER this 28th day of August, 2006.

JOHN M. WATERS, CLERK

s/ H. Kallsiter
BY: DEPUTY CLERK

~4223655.wpd