IN THE UNITED STATES DISTRICT FEDERAL COURT OF ILLINOIS
FOR THE CENTRAL DISTRICT

| | | |
|---|---|---|
| **Terry Fish , Appellant –Plaintiff** | : | NOTICE OF APPEAL |
| **11251 Knotty Pine Drive** | : | from |
| **New Port Richey Fla., 34654** | : | United States District Court |
| | : | Central District of Illinois |
| vs. | : | Case no. 1:06 cv 1127 |
| | : | |
| **John Nottoli , Appellee -Defendant** | : | |
| **2810 Empire St.,** | : | |
| **Bloomington , Illinois 61702** | : | |

FILED
SEP 2 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Notice is hereby given that , Terry Fish , Appellant-Plaintiff files this Notice of Appeal and hereby appeals to the United States Court of Appeals for the Seventh Federal Circuit , for civil case 1:06 cv 1127 and the judgment of the United States District Court, Central District of Illinois , which is dated as entered on August 28th , 2006.

_____  date  September 25, 2006
Terry Fish , Appellant – Plaintiff Pro Se
727,857.1638

Fish
11251 Knotty Pine Dr.
New Port Richey, Fla. 34654-1946

United States District Court of Illinois
Central District
151 US Courthouse
600 E. Monroe St.
Springfield, Illinois 62701