E-FILED
Thursday, 28 September, 2006  03:52:12 PM
Clerk, U.S. District Court, ILCD

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois            Docket No.: 06-1127

Division: Peoria

### *Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)*

Terry L. Fish            v.            John Nottoli, d/b/a Hertz Rent A Car Licensee

---

**Current Counsel for Plaintiff (Petitioner):**            **Current Counsel for Defendant (Respondent):**

(Use separate sheet for additional counsel)

Name: Terry L. Fish                                    Name: unknown

Firm:                                                  Firm:

Address: 11251 Knotty Pine Dr.                         Address:

New Port Richey, FL  34654-1946

Phone: (727) 857-1638                                  Phone:

---

Judge: Michael M. Mihm                     Nature of Suit Code:   190

Court Reporter: Karen Hanna                Date Filed in District Court:  5/16/06

                                           Date of Judgment: 8/28/06

                                           Date of Notice of Appeal: 9/28/06

Counsel:   ___Appointed      ___Retained    __X_Pro Se

Fee Status:   ___Paid    _X__Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    __X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**