E-FILED
Tuesday, 10 October, 2006 01:34:58 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

October 6, 2006

*By the Court:*

| | |
|---|---|
| TERRY L. FISH,<br>    Plaintiff-Appellant,<br><br>No. 06-3610    v.<br><br>JOHN NOTTOLI, doing business as<br>HERTZ RENT A CAR LICENSEE,<br>    Defendant-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 06 C 1127<br>]<br>] Michael M. Mihm,<br>] Judge. |

FILED
OCT 10 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED
OCT 10 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**ORDER**

The following is before the court:

1. **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on October 5, 2006, by the pro se appellant.

The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly,

**IT IS ORDERED** that the clerk of this court transfer #1 to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the in forma pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24.

U.S.C.A. – 7th Circuit
F I L E D
OCT 0 5 2006  DDS
GINO J. AGNELLO
CLERK

U.S.C.A – 7th Circuit
R E C E I V E D
OCT 5 – 2006  PG
GINO J. AGNELLO
CLERK

FORM 4.

AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

Terry L. Fish

United States District Court for the Central District of Illinois

06-3610

\_\_\_\_, Plaintiff ]
]
v. John Nottoli ]  Case No. 1:06 cv 1127
]
\_\_\_\_, Defendant ]

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Terry Fish

Date: Sept. 30, 2006

My issues on appeal are: Equitable Relief, Equitable tolling, Rule 60(b)(6) Continuing Contract.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $Na | $0 | $Na |
| Self-employment | $0 | $Na | $0 | $Na |
| Income from real property (such as rental income) | $0 | $Na | $0 | $Na |
| Interest and dividends | $0 | $Na | $0 | $Na |
| Gifts | $0 | $Na | $0 | $Na |
| Alimony | $0 | $Na | $0 | $Na |
| Child support | $0 | $Na | $0 | $Na |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $Na | $0 | $Na |
| Disability (such as social security, insurance payments) | $917 | $Na | $917 | $Na |
| Unemployment payments | $0 | $N | $0 | $Na |

Public-assistance (such as welfare) $ 0 $ Na $ 0 $ Na
Other (specify): $ 0 $ Na $ 0 $ Na
**Total monthly income:** $ 917 $ Na $ 917 $ Na

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| BF Installations Custom Exteriors | 11251 Knotty Pine Dr. New Port Richey Fla 34654 | March 2004 - April 2006 | Varied ($200-300 $/month) |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Na | Na | Na | Na |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Na | Na | Na ($0) | Na ($0) |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| (Na) ($0) | None | Make & year: 1992 Ford ($100)  Model: Taurus  Registration # |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: None  Model:  Registration # | None | None |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | None | Na |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None | Na | Na |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $900+ | $Na |
| Are real estate taxes included? [ ] Yes [x] No | | |
| Is property insurance included? [ ] Yes [x] No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $100 | $Na |
| Home maintenance (repairs and upkeep) | $Na | $Na |
| Food | $450+ | $Na |
| Clothing | $20 | $Na |
| Laundry and dry-cleaning | $20 | $Na |
| Medical and dental expenses | $40-90 | $Na |
| Transportation (not including motor vehicle expenses) | $0 | $Na |
| Recreation, entertainment, newspapers, magazines, etc. | $50+ | $Na |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $0 | $Na |
| Life | $0 | $Na |
| Health | $0 | $Na |
| Motor vehicle | $100 | $Na |
| Other: | $0 | $Na |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $0 | $Na |
| Installment payments | $0 | $Na |
| Motor Vehicle | $0 | $Na |
| Credit card (name): | $0 | $Na |
| Department store (name): | $0 | $Na |
| Other: | $0 | $Na |
| Alimony, maintenance, and support paid to others | $0 | $Na |
| Regular expenses for operation of business, profession, or farm (attach detail) | $0 | $Na |
| Other (specify): motor vehicle repair | $300 | $Na |
| Total monthly expenses: | $900+ | $Na |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
[x] Yes [ ] No If yes, describe on an attached sheet. Deductions by the Veterans Administration for medicine co-pay.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form? [ ] Yes [x] No If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form? [ ] Yes [x] No If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
High costs of monthly expenses. medical prescription V.A. copayments

13. State the address of your legal residence.
11251 Knotty Pine Dr. New Port Richey Fla. 34654