# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TERRY L. FISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-1127 |
| | ) | |
| JOHN NOTTOLI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Terry L. Fish's ("Fish") Motion to Proceed In Forma Pauperis on Appeal. Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."

On August 28, 2006, this Court entered an Order [#4] dismissing as moot Fish's Motion to Waive Filing Fees and dismissing Fish's case for a failure to state a claim upon which relief can be granted.

Fish's complaint sought damages resulting from a car accident that occurred in 1992 in Ohio. It appears from the information that Fish provided to the Court that, in 1993, he filed a lawsuit against the same individuals for the same relief as that which he sought here. Additionally, in 2005, Fish filed a similar lawsuit in Illinois state court. However, it appears that the McLean lawsuit never got off the ground because Fish's Petition for Leave to Proceed In Forma Pauperis was denied and then a subsequent appeal, presumably of the denial of in forma pauperis status, was dismissed.

The Court dismissed this case because Fish had sought to bring his claim for damages resulting from the same car accident in this Court. However, the statute of limitations on his claim has long since passed. The accident occurred in 1992 and this case was filed in 2006.

Because Fish is clearly unable to state a claim upon which relief can be granted, the Court cannot find that this appeal is being taken in good faith. Thus, his Motion to Proceed In Forma Pauperis on Appeal is DENIED.

ENTERED this 11th day of October, 2006.

                                                s/Michael M. Mihm_____  
                                                Michael M. Mihm  
                                                United States District Judge