# United States Court of Appeals

## For the Seventh Circuit
### Chicago, Illinois 60604

Date: October 25, 2006

TO: District Court Clerk

RE: Notice to transmit the record

**FILED**

OCT 2 5 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

No. 06-3610

TERRY L. FISH,
        Plaintiff - Appellant

v.

JOHN NOTTOLI, doing business as HERTZ RENT A CAR LICENSEE,
        Defendant - Appellee


Appeal from the United States District Court for the
Central District of Illinois
No. 06 C 1127, Michael M. Mihm, Judge


    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.


(1211-022296)