


# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

October 25, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: Fish v. Nottoli
        D. C. Docket No. 06-1127
        U. S. C. A. Docket No. 06-3610

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    1- Volumes of Pleadings

     Volumes of Transcript

     Volumes of Depositions

     Volumes of Exhibits:

     Impounded Exhibits:

    Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK

        BY:  s/H. Kallister
            Deputy Clerk

E-FILED
Wednesday, 25 October, 2006  01:37:56 PM
Clerk, U.S. District Court, ILCD

RECORD ON APPEAL

In the

# United States Court of Appeals

For the Seventh Circuit

No. USDC:06-1127
USCA7: 06-3610

Terry L. Fish, Appellant

vs.

John Nottoli, Appellee

Appeal from the United States District Court for the __Central__

District of __Illinois__, __Peoria__ Division.

## U.S. District Court
### United States District Court for the Central District of Illinois (Peoria)
### CIVIL DOCKET FOR CASE #: 1:06-cv-01127-MMM-BGC
### Internal Use Only

Fish v. Nottoli
Assigned to: Judge Michael M. Mihm
Referred to: Magistrate Judge Byron G. Cudmore
Demand: $150,000
Case in other court: 7th Circuit Court of Appeals, 06-03610
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 05/16/2006
Date Terminated: 08/28/2006
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

Terry L Fish    represented by    Terry L Fish
11251 Knotty Pine Dr
New Port Richey, FL 34654-1946
727-857-1638
PRO SE

V.

**Defendant**

**John Nottoli**
*2810 Empire St, Bloomington, IL 61702*
*doing business as*
Hertz Rent A Car Licensee

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2006 | 1 | PETITION TO PROCEED IN FORMA PAUPERIS filed and Complaint received against John Nottoli d/b/a Hertz Rent A Car Licensee, filed by Terry L Fish. (Attachments: # 1 Complaint)(RK, ilcd) (Entered: 05/16/2006) |
| 05/18/2006 |  | TEXT ORDER by Magistrate Judge Byron Cudmore: Before the Court is pro se Plaintiff's Affidavit of Indigency 1 requesting that he proceed without prepayment of fees. Petition DENIED. Plaintiff is currently employed on a part-time basis and receives Social Security disability payments and has sufficient income to pay the filing fee. Pro se Plaintiff directed to pay filing fee on or before 6/16/2006 or risk the dismissal of this case. Entered by Judge Cudmore on 5/18/06. (LB, ilcd) (Entered: 05/18/2006) |
| 06/16/2006 | 2 | MOTION for Reconsideration of payment plan for paying the filing fees by Plaintiff Terry L Fish. Responses due by 6/30/2006 (HK, ilcd) (Entered: 06/16/2006) |
| 06/19/2006 |  | TEXT ORDER by Magistrate Judge Byron Cudmore ALLOWING 2 Pro se Plaintiff's Motion for Reconsideration in that Plaintiff is granted until 9/1/2006 to pay filing fee in full. (LB, ilcd) (Entered: 06/19/2006) |
| 06/19/2006 |  | Set/Reset Deadlines: miscellaneous Deadline of 9/1/2006 set for the payment of the filing fee per the 6/19/06 text order (HK, ilcd) (Entered: 06/20/2006) |

| | | |
|---|---|---|
| 08/22/2006 | ●3 | MOTION to Waive Filing Fees by Plaintiff Terry L Fish.Responses due by 9/5/2006 (HK, ilcd) (Entered: 08/23/2006) |
| 08/28/2006 | ●4 | ORDER finding as moot 3 Motion to Waive filing fees and DISMISSING CASE. Entered by Judge Michael M. Mihm on 8/28/06. (HK, ilcd) Modified on 8/28/2006 (cc: Pla by Clerk)(HK, ilcd). (Entered: 08/28/2006) |
| 08/28/2006 | ●5 | JUDGMENT case dismissed for failure to state a claim upon which relief can be granted (cc:Order & jgm to Pla by clerk) (HK, ilcd) (Entered: 08/29/2006) |
| 09/28/2006 | ●6 | NOTICE OF APPEAL as to 4 Order Dismissing Case, 5 Judgment by Terry L Fish, pro se plaintiff/appellant. (ML, ilcd) (Entered: 09/28/2006) |
| 09/28/2006 | ●7 | Short Record of Appeal Sent to US Court of Appeals re 6 Notice of Appeal (ML, ilcd) (Entered: 09/28/2006) |
| 09/29/2006 | ●8 | NOTICE of Docketing Record on Appeal from USCA re 6 Notice of Appeal filed by Terry L Fish. USCA Case Number 06-3610 (HK, ilcd) (Entered: 09/29/2006) |
| 09/29/2006 | ●9 | ORDER of USCA as to 6 Notice of Appeal. Filing fee pursuant to Circuit Rule 3(b) is due or appeal will be dismissed. (HK, ilcd) (Entered: 09/29/2006) |
| 10/10/2006 | ●10 | MOTION for Leave to Appeal in forma pauperis by Plaintiff Terry L Fish filed with order from CA7.Responses due by 10/24/2006 (CL, ilcd) (Entered: 10/10/2006) |
| 10/11/2006 | ●11 | ORDER denying 10 Motion for Leave to Appeal in forma pauperis. Entered by Judge Michael M. Mihm on 10/11/06. (cc: CA7) (RK, ilcd) (Entered: 10/11/2006) |
| 10/16/2006 | ●12 | ORDER of USCA as to 6 Notice of Appeal - filing fee of $455.00 due w/i 30 days or appeal will be dismissed-See Circuit Rule 3(b) (HK, ilcd) (Entered: 10/16/2006) |
| 10/25/2006 | ●13 | Request from USCA for Long Record pursuant to Circuit Rule 11(a) (HK, ilcd) (Entered: 10/25/2006) |

AO 30 (Rev. 8/98) Certified Copy

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

**CERTIFIED COPY**

I, __John M. Waters__, Clerk of the United States District Court, certify that the attached is a true and full copy of the original record on appeal civil action 06-1127: Terry L. Fish vs John Nottoli----------------------------------------------------------

now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at

__Peoria__, in this State, on __10/25/06__
City                                                    Date

_John Waters_                           _H. Kallistir_
Clerk                                    (By) Deputy Clerk