


# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

October 25, 2006

**FILED**
NOV - 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

309.671.7117
309.671.7120

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

06-3610

RE: Fish v. Nottoli
D. C. Docket No. 06-1127
U. S. C. A. Docket No. 06-3610

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

U.S.C.A.—7th Circuit
**FILED**
OCT 27 2006 DP
GINO J. AGNELLO
CLERK
DOC. #_____

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/H. Kallister
Deputy Clerk