CERTIFIED COPY

E-FILED
Monday, 18 December, 2006 02:13:50 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER CIRCUIT RULE 3(b)**

**FILED**

DEC 18 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: December 14, 2006

By the Court:

No. 06-3610

TERRY L. FISH,
    Plaintiff - Appellant

  v.

JOHN NOTTOLI, doing business as HERTZ RENT A CAR LICENSEE,
    Defendant - Appellee

Appeal from the United States District Court for the
Central District of Illinois
No. 06 C 1127, Michael M. Mihm, Judge

    This cause, docketed on 9/28/06, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

(1030-110293)

A True Copy
Teste:

_[signature]_ Deputy

Clerk of the United States
Court of Appeals for the
Seventh Circuit

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE: December 14, 2006

TO: John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

FROM: Clerk of the Court

RE: 06-3610
Fish, Terry L. v. Nottoli, John
06 C 1127, Michael M. Mihm, Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

The record that was filed with this court in this cause
will be returned at a later date.

Copies of this notice sent to:        Counsel of record

[ ]    United States Marshal

[ ]    United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: _____     _____
(1203-052495)                             Deputy Clerk, U.S. District Court