**E-FILED**
Friday, 22 December, 2006 01:45:27 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

**FILED**

### NOTICE OF RECORD RETURN

DEC 2 2 2006

**JOHN M. WATERS, Clerk**
**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

**DATE:**    December 20, 2006

**TO:**    John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

**FROM:**    Clerk of the Court

**RE:**    06-3610
Fish, Terry L. v. Nottoli, John
06 C 1127, Michael M. Mihm, Judge

The mandate or agency closing letter in this cause issued on 12/14/06.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [ ] | Volumes Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other:_____ |
| | _____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____

(1073-042591)

_____
Deputy Clerk, U.S.  District Court
or Agency Representative